*E-Filed 11/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ARMANDO RODRIGUEZ,

    Plaintiff,

v.

BARRITA, INC, et al.,

    Defendants.

No. C 09-04057 RS

**ORDER RE APPLICATION FOR STAY**

On October 21, 2009, defendant Masoud Shahidi filed an "application for stay and early evaluation conference," citing to provisions of the California Civil Code that appear to provide for such relief in actions of this nature when brought in California state courts. Even assuming there is an argument that this Court should apply the provisions of the California Civil Code, either because plaintiff has alleged claims under state law, or simply as a discretionary exercise of its inherent case management powers, defendant must comply with the provisions of Civil Local Rule 7 when seeking an order from this Court. Accordingly, the application is denied, without prejudice to any motion filed and noticed in conformance with the Civil Local Rules.

IT IS SO ORDERED.

Dated: November 12, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1

No. C 09-04057 RS
ORDER