*E-Filed 7/29/10*

1   PAUL L. REIN, Esq. (SBN 43053)
    CELIA McGUINNESS, Esq. (SBN 159420)
2   CATHERINE M. CABALO, Esq. (SBN 248198)
    LAW OFFICES OF PAUL L. REIN
3   200 Lakeside Drive, Suite A
    Oakland, CA  94612
4   Telephone:  510/832-5001
    Facsimile:   510/832-4787
5   reinlawoffice@aol.com

6   Attorneys for Plaintiff
    ARMANDO RODRIGUEZ
7

8           IN THE UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    ARMANDO RODRIGUEZ,              Case  No. C09-4057 RS
11                                  Civil Rights
          Plaintiff,
12
    v.
13
    BARRITA, INC. dba LA            [PROPOSED] ORDER GRANTING
14  VICTORIA TAQUERIA;              PLAINTIFF'S MOTION FOR
    NICANDRO BARRITA; ENS           ADMINISTRATIVE RELIEF FROM
15  ASSOCIATES INVESTMENTS,         GENERAL ORDER 56, PURSUANT
    LLC; MASOUD SHAHIDI; AND        TO LOCAL RULE 7-11
16  DOES 1-10, INCLUSIVE,

17        Defendants.
                                  /
18
          Plaintiff's motion for administrative relief from General Order 56 is hereby
19
    GRANTED for good cause shown. A case management conference is set for
20
    8/26/10  at 10:00 a.m.  , with case management conference statements due
21
    8/19/10
22                        .

23
    IT IS SO ORDERED.
24

25
    Dated:  7/29       , 2010
26                                Honorable RICHARD SEEBORG
                                  United States District Judge
27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C09-4057 RS                    S:\CASES\L\LA VICTORIA\PLEADINGS\Proposed Order for Relief from GO 56.PL.wpd

1