*E-Filed 8/23/10*

1  James R. Cracolice (SBN 176943)
   CRACOLICE & ASSOCIATES
2  560 S. Winchester Blvd., Suite 500
   San Jose, CA  95128
3  Telephone:  (408) 885-1900
   Facsimile:  (866) 459-2784
4  Email:  jrc@cracolice.com

5
   Attorneys for Defendants
6  MASOUD SHAHIDI
   NICANDRO BARRITA
7  BARRITA CORPORATION
   ENS ASSOCIATES INVESTMENTS, LLC
8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ARMANDO RODRIGUEZ,                    Case No.: C09-04057-RS

13              Plaintiffs,               **APPLICATION RE:  CONTINUANCE OF
                                          CASE MANAGEMENT CONFERENCE;**
14      vs.                               **DECLARATION OF JAMES R. CRACOLICE
                                          AND [PROPOSED] ORDER**
15  BARRITA, INC. dba LA VICTORIA
    TAQUERIA;
16  NICANDRO BARRITA;
    ENS ASSOCIATES INVESTMENTS, LLC;
17  MASOUD SHAHIDI; and
    DOES 1 through 100, inclusive,
18
19              Defendants.

20

21

22                      **APPLICATION**

23      Defendants  BARRITA CORPORATION, ENS ASSOCIATES INVESTMENTS, LLC,

24  NICANDRO BARRITA, AND MASOUD SHAHIDI (collectively "DEFENDANTS") respectfully

25  submit this application and request that the Case Management Conference hearing currently set for

26  August 26, 2010 at 10:00 am. be continued to one of the following dates:  September 23, 2010,

27  September 30, 2010, or October 14, 2010 at 10:00 am.

28      On July 29, 2010 Defendants' counsel's office received notice that the court set the case

                                    1

management conference for August 26, 2010 in San Francisco.  Counsel for Defendants, James Cracolice, is unable to attend the hearing at that time.   He has a hearing in Santa Clara County Superior Court at that same time.  Defendants therefore request that the hearing be continued to September 23, September 30, 2010 or October 14, 2010.

On August 19, 2010, Mr. Cracolice sent an email to Plaintiff's counsel, Paul Rein, to clear the above dates.  Mr. Cracolice has not received a response and due to the fact that the Case Management Conference is scheduled for next week, Defendants are submitting this application today.


CRACOLICE & ASSOCIATES



Date: 8-20-10

James R. Cracolice, Esq.
Attorney for Defendants
MASOUD SHAHIDI
NICANDRO BARRITA
BARRITA CORPORATION
ENS ASSOCIATES INVESTMENTS, LLC

## DECLARATION OF JAMES R. CRACOLICE

I, James Cracolice, declare:

1.  I have personal knowledge of the facts stated below, and, if called as a witness, I could and would competently testify to these facts.  I am an attorney of record for Defendants BARRITA CORPORATION, ENS ASSOCIATES INVESTMENTS, LLC, NICANDRO BARRITA, AND MASOUD SHAHIDI (collectively "DEFENDANTS") in this action.

2.  On July 29, 2010 my office received notice that the court set the case management conference for August 26, 2010 in San Francisco.

3.  I am unable to attend the hearing at that time.  I have a hearing in Santa Clara County Superior Court at that same time.

4.  The first available Thursdays I have are September 23, 2010, September 30, 2010 or October 14, 2010.

2

5.  On August 19, 2010, I sent an email to Plaintiff's counsel, Paul Rein, to clear the above dates.  I have not received a response.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that I executed this declaration on August 20, 2010 in San Jose, California.

James Cracolice

## [PROPOSED] ORDER

On reading the Application Re: Continuance of Case Management Conference and Declaration of James R. Cracolice hereto for a continuance of the Case Management Conference set for August 26, 2010 and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference is further continued until September 30 ~~2010 at 10:00 a.m.~~ An updated Joint CMC Statement shall be submitted one week prior to the conference.

DATED:  8/23/10

By: _____
The Honorable Richard Seeborg,
United States District Judge