*E-Filed 9/28/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARRITA, INC., dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 09-04057 RS<br><br>**ORDER SETTING DEADLINE TO HEAR ALL PRETRIAL MOTIONS** |

　　　On May 2, 2011, the Court issued an Order extending the deadline for hearing all pretrial motions to December 8, 2011. In its August 22, 2011 Order granting defendants' motion to amend the Case Management Scheduling Order, the Court referred to its previous extension of the pretrial motion deadline, but described it as a filing deadline. This Order clarifies that December 8, 2011 shall be the last date to hear all pretrial motions. All motions must be filed and served pursuant to Civil Local Rule 7.

　　　IT IS SO ORDERED.

Dated: 9/28/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-04057 RS
ORDER SETTING DEADLINE