PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ARMANDO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BARRITA, INC. dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; AND DOES 1-10, INCLUSIVE,<br><br>Defendants.<br>_____/ | CASE NO. 09-4057 RS-PSG<br><u>Civil Rights</u><br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S APPLICATION TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND MOTION TO CONTINUE DEADLINE FOR PRETRIAL MOTIONS** |

Plaintiff Armando Rodriguez's Application to Shorten Time on the hearing of his pending Motion to Compel Discovery (Docket No. 76) and Motion to Continue the Pretrial Motion Deadline in this case is hereby GRANTED for good cause shown.

Plaintiff's Motion to Compel Discovery (Docket No. 76) and defendants' Motion for Protective Order (Docket No. 71) shall be heard on _November 8_, 2011. Defendants shall file an opposition to plaintiff's Motion to Compel Discovery by __October 21__, 2011 and plaintiff shall file a reply in support of his Motion to Compel Discovery by __October 28__, 2011. Defendants shall file a reply in support of their Motion for Protective Order by __October 14__, 2011.

1  December 22__, 2011 is the last date to hear all pretrial motions, per the
2  undersigned's consultation with Judge Seeborg.
3  **IT IS SO ORDERED.**
4
5
6  Dated: _October 19_, 2011
7  _____
   Honorable PAUL S. GREWAL
8  United States Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION
TO SHORTEN TIME & MOTION TO CONTINUE DISPOSITIVE
MOTION DEADLINE
CASE NO. 09-4057 RS    S:\CASES\L\LA VICTORIA\PLEADINGS\Application to Shorten Time & Motion to Continue MSJ Deadline\20111014 Proposed Order Granting Application to Shorten Time & Motion to Continue MSJ Deadline.wpd