\*E-Filed 11/28/11\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARMANDO RODRIGUEZ,

    Plaintiff,

v.

BARRITA, INC., *et al.*,

    Defendants.

_____/

No. C 09-04057 RS

**ORDER EXTENDING TIME FOR FILING OPPOSITION TO SUMMARY JUDGMENT MOTION AND CONTINUING HEARING**

On November 17, 2011, the parties in the above-captioned action filed cross-motions for summary judgment, and a hearing was scheduled for December 22, 2011. (Dkt. No. 98). Accordingly, the parties' opposition briefs were to be due by December 1, 2011. However, the parties have also been engaged in an ongoing discovery dispute, which was resolved on November 21, 2011, by order of the Magistrate Judge assigned to the case. (Dkt. No. 105). In relevant part, that order required defendants to produce tax records that shed light on their finances by December 9, 2011 – eight days after the opposition briefs were to be due. Although plaintiff contends that the central issue raised by defendants' motion is whether defendants have sufficient financial resources to render remediation of the restaurant "readily achievable," defendants' counsel has declined to stipulate to an extension of time to permit plaintiffs' counsel to review the records to be produced. Accordingly, on November 23, 2011, plaintiff filed an administrative motion to extend the date by which he must respond to defendants' motion for summary judgment. Without defendants'

financial records, plaintiff cannot adequately address defendants' motion for summary judgment. Accordingly, the motion for an extension of time is granted.

The parties are hereby instructed to file opposition briefs to each other's cross-motions by **December 16, 2011**; reply briefs shall be filed by **December 23, 2011**. The hearing on the parties' cross-motions, previously scheduled for December 22, 2011, is hereby continued to **1:30 p.m. on December 29, 2011**, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Dated: 11/28/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE