PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ARMANDO RODRIGUEZ

DAVID I. KORNBLUH, Esq. (SBN 162310)
SARAH E. HAMMERSTAD, Esq. (SBN 274595)
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339
Telephone: (408) 292-1765
Facsimile: (408) 436-8272
dik@millermorton.com

Attorneys for Defendants
BARRITA, INC. dba LA VICTORIA TAQUERIA;
NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS,
LLC; MASOUD SHAHIDI

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BARRITA, INC. dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants.<br>_____/ | Case No. C09-4057 RS<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff ARMANDO RODRIGUEZ and defendants BARRITA, INC. dba LA VICTORIA TAQUERIA, NICANDRO BARRITA, ENS ASSOCIATES INVESTMENTS, LLC, and MASOUD SHAHIDI hereby jointly stipulate and

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C09-4057 RS      1      S:\CASES\L\LA VICTORIA\PLEADINGS\Stipulations\Stip to Continue CMC.wpd

1 request through their attorneys of record that the Court grant a continuance of the
2 Case Management Conference from July 12, 2012, to July 26, 2012. This request
3 is based on the following good cause:
4     1.     Plaintiff's counsel has a scheduling conflict on July 12, 2012, a pre-
5         paid vacation.
6     2.     Defense counsel has no objection to the continuation of the case
7         management conference.
8     3.     July 26, 2012, is agreeable to both counsel and available on the
9         Court's calendar.
10     4.     Plaintiff and defendants therefore jointly stipulate and request the
11         Case Management Conference be continued from July 12, 2012, to
12         July 26, 2012 and that the Joint Case Management Conference
13         Statement shall be due one week prior to the conference, on July 19,
14         2012.
15
16 Dated: June 27, 2012     PAUL L. REIN
    CELIA McGUINNESS
17     LAW OFFICES OF PAUL L. REIN
18
19     /s/ Celia McGuinness
    By: CELIA McGUINNESS
20     Attorneys for Plaintiff
    ARMANDO RODRIGUEZ
21
22 Dated: June 27, 2012     DAVID I. KORNBLUH
    MILLER, MORTON, CAILLAT & NEVIS, LLP
23
24
25     /s/ David Kornbluh
    Attorneys for Defendants
26     BARRITA, INC. dba LA VICTORIA
    TAQUERIA; NICANDRO BARRITA;
27     ENS ASSOCIATES INVESTMENTS,
    LLC; MASOUD SHAHIDI
28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C09-4057 RS     -2-     S:\CASES\L\LA VICTORIA\PLEADINGS\Stipulations\Stip to Continue CMC.wpd

1  **ORDER**

3  Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.
The Case Management Conference in the above captioned case is hereby continued from July 12, 2012, to July 26, 2012. A Joint Case Management Conference statement shall be due one week prior to the conference, on July 19, 2012.

Dated: __7/3__, 2012

_____
Honorable RICHARD SEEBORG
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C09-4057 RS

3

S:\CASES\L\LA VICTORIA\PLEADINGS\Stipulations\Stip to Continue CMC.wpd