UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>               Plaintiff,<br>     v.<br><br>BARRITA, INC., et al,<br><br>              Defendants. | Case No.: CV 09-4057 RS (PSG)<br><br>**ORDER DENYING REQUEST FOR ATTORNEYS' FEES**<br><br>**(Re: Docket No. 168, 170)** |

As part of his two motions to compel, Plaintiff Armando Rodriguez ("Rodriguez") seeks attorneys' fees from Defendants Barrita, Inc., et al ("Barrita"). The court ruled on the underlying motions on the record and as reflected in the minute order from the hearing. The court briefly addresses here the sanctions request. Given the late timing of Rodriguez's request for the insurance documents and his numerous requests for admission, interrogatories, and requests for production for the limited period of discovery, the court finds Barrita was substantially justified in opposing the motions.[1] The sanctions request is DENIED.

**IT IS SO ORDERED.**

Dated: May 14, 2013

                                                    PAUL S. GREWAL
                                                    United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 37(a)(5)(A)(ii).

ORDER