United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARRITA, INC., dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; NICANDRO BARRITA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 09-04057 RS<br><br>**JUDGMENT** |

　　　　Based on the findings of fact and conclusions of law issued on January 3, 2014 (ECF No. 250) and January 23, 2014 (ECF No. 252), judgment is ordered in favor of plaintiff.  Defendants, having been found jointly and severally liable, are ordered to do the following:

　　　　1.　　　Within six months of the entry of Judgment and pursuant to their obligations under California Building Code Title 24, defendants shall make the building's primary entrance accessible to and usable by disabled individuals.

　　　　2.　　　Beginning immediately and continuing until the entrance is made accessible, defendants shall make La Victoria's cuisine available to disabled patrons through the readily achievable method of providing curbside take-out service.  Effective curbside service must include, at a minimum, posting the menu and phone number for take-out at street level and visible to persons in wheelchairs and advertising the service on the La Victoria website.

3. Within three months of entry of Judgment, defendants shall install an automatic door opener on the restroom door so that disabled patrons can safely enter and exit the restroom without assistance.

4. Defendants shall pay plaintiff $12,000 in actual damages.

IT IS SO ORDERED.

Dated: 2/10/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE