DAVID I. KORNBLUH, ESQ., SBN 162310
*dik@millermorton.com*
STEPHANIE M. ROCHA, ESQ., SBN 266030
*smr@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California   95110
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Defendants
Barrita, Inc.; Nicandro Barrita; ENS Associates Investments, LLC; Masoud Shahidi

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>BARRITA, INC., dba La Victoria Taqueria; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: C 09-04057 RS<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO MOVE HEARING DATE AND DEADLINES FOR OPPOSITION AND REPLY RE: PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES, LITIGATION EXPENSE AND COSTS**<br><br>Date:  April 24, 2014<br>Time:  1:30 p.m.<br>Place:  450 Golden Gate Avenu<br>         San Francisco, CA 94102<br>Judge:  Hon. Richard Seeborg |

("[PROPOSED]" is shown struck through in the caption.)

**PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12, IT IS HEREBY STIPULATED AMONG THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

WHEREAS, Plaintiff Armando Rodriguez filed his Motion for Reasonable Attorneys' Fees, Litigation Expenses and Costs on March 4, 2014 (Document No. 260) and noticed the motion for April 8, 2014 at 2:30 p.m. before this Court.

WHEREAS, pursuant to the briefing schedule established by Civil Local Rules, Defendants' Opposition is originally due to be filed and served on or before March 18, 2014

1

STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO MOVE HEARING DATE AND DEADLINES FOR PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES, LITIGATION EXPENSE AND COSTS                                                    CASE NO. C 09-04057 RS

and Plaintiff's Reply is originally due to be filed and served on or before March 25, 2014.

WHEREAS, Defendants' lead counsel, David I. Kornbluh is in trial commencing March 17, 2014.

WHEREAS on March 12, 2014, Defendants' counsel contacted Plaintiff's lead counsel, Celia McGuinness, to request an extension to file Defendants' Opposition.

WHEREAS, affording Defendants with an extension to file their Opposition makes it necessary to reschedule the deadline for Plaintiff to file his Reply. However, due to conflicts in Plaintiff's lead counsel's schedule, there is insufficient time for Plaintiff to file his reply prior to the April 8, 2014 hearing.

WHEREAS, given both counsels' schedules, the parties have agreed to move the hearing date so as to accommodate sufficient time for Defendants to file their Opposition, and Plaintiff to file his Reply.

WHEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Defendants have not hired and shall not hire any sort of expert to evaluate Plaintiff's billings.
2. Defendants shall file and serve their Opposition to Plaintiff's Motion for Reasonable Attorneys' Fees on or before March 28, 2014.
3. Plaintiff shall file and serve his Reply to the Opposition on or before April 15, 2014.
4. The hearing on Plaintiff's Motion for Reasonable Attorneys' Fees shall be heard on April 24, 2014 at 1:30 p.m.

**SIGNATURES AND ORDER ON NEXT PAGE**

DATED: March 17, 2014           By:   */s/ Celia McGuinness*
                                      Celia McGuinness
                                      Attorney for Plaintiff
                                      Armando Rodriguez

DATED: March 17, 2014           By:   */s/ David I. Kornbluh*
                                      David I. Kornbluh
                                      Attorneys for Defendants'
                                      Barrita, Inc; Nicandro Barria;
                                      ENS Associates Investments, LLC;
                                      Masoud Shahidi

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 19, 2014           _____
                                HON. RICHARD SEEBORG
                                United States District Judge

413281_1

3

STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO MOVE HEARING DATE AND DEADLINES FOR PLAINTIFF'S MOTION FOR
REASONABLE ATTORNEYS' FEES, LITIGATION EXPENSE AND COSTS                    CASE NO. C 09-04057 RS