DANIEL J. NEVIS, ESQ., SBN 227829
*djnevis@millermorton.com*
DAVID I. KORNBLUH, ESQ., SBN 162310
*dik@millermorton.com*
STEPHANIE M. ROCHA, ESQ., SBN 266030
*smr@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California   95110
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Defendants
Barrita, Inc.; Nicandro Barrita; ENS Associates Investments, LLC; Masoud Shahidi


PAUL L. REIN, ESQ., SBN 43053
CELIA McGUINNESS, ESQ., SBN 159420
CATHERINE CABALO, ESQ., SBN 248198
*reinlawoffice@aol.com*
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, California 94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787

Attorneys for Plaintiff
Armando Rodriquez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>BARRITA, INC., dba La Victoria Taqueria; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: C 09-04057 RS<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO ALLOW PLAINTIFF AN ADDITIONAL FIVE PAGES ON HIS REPLY BRIEF TO MOTION FOR ATTORNEYS' FEES**<br><br>Date:       April 24, 2014<br>Time:      1:30 p.m.<br>Place:     450 Golden Gate Avenu<br>              San Francisco, CA 94102<br>Judge:    Hon. Richard Seeborg |

**PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12, IT IS HEREBY STIPULATED AMONG THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

WHEREAS, Plaintiff Armando Rodriguez filed his Motion for Reasonable Attorneys' Fees, Litigation Expenses and Costs on March 4, 2014 (Document No. 260) and defendants filed their Opposition brief on March 28, 2014 (Document No. 276);

WHEREAS, defendants' Opposition requested the Court consider arguments made by defendants in their Objections to Plaintiff's Bill of Costs (Opp. at 24:19-20, 25:2-5);

WHEREAS, the Objections comprise 21 pages of argument;

WHEREAS, the parties agree that it would be fair to give plaintiff an additional five pages in his Reply brief to respond to the arguments raised in defendants' Objections;

WHEREAS, in so stipulating to allow plaintiff additional briefing pages defendants do not concede the timeliness of the response to the Objection or otherwise revive or extend the period of time for Plaintiff to respond to the Court's entry of the Bill of Costs;

WHEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS: Plaintiff may have an additional five pages of briefing for his Reply to Motion for Attorney Fees, for a total of 20 pages.

Respectfully Submitted,

DATED: April 10, 2014        By:   /s/ Celia McGuinness
                                   Celia McGuinness
                                   Attorney for Plaintiff
                                   Armando Rodriguez

DATED: April 10, 2014        By:   /s/ Daniel J. Nevis
                                   Daniel J. Nevis
                                   Attorneys for Defendants'
                                   Barrita, Inc; Nicandro Barria;
                                   ENS Associates Investments, LLC;
                                   Masoud Shahidi

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 10, 2014

_____
HON. RICHARD SEEBORG
United States District Judge

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

3
STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO MOVE HEARING DATE AND DEADLINES FOR PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES, LITIGATION EXPENSE AND COSTS
CASE NO. C 09-04057 RS