PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ARMANDO RODRIGUEZ


DAVID I. KORNBLUH, Esq. (SBN 162310)
STEPHANIE M. ROCHA, Esq. (SBN 266030)
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339
Telephone: (408) 292-1765
Facsimile: (408) 436-8272
dik@millermorton.com

Attorneys for Defendants
BARRITA, INC. dba LA VICTORIA
TAQUERIA; NICANDRO BARRITA;
ENS ASSOCIATES INVESTMENTS,
LLC; MASOUD SHAHIDI

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ, | Case No. C09-4057 RS |
| Plaintiff, | <u>Civil Rights</u> |
| v. | SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT PURSUANT TO APPEAL CONFERENCE [FRAP 33] |
| BARRITA, INC. dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; AND DOES 1-10, INCLUSIVE, | |
| Defendants. _____/ | |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT
PURSUANT TO APPEAL CONFERENCE [FRAP 33]
CASE NO. C09-4057 RS                                                    S:\CASES\LA VICTORIA\Settlement\Cover Page.wpd

DAVID I. KORNBLUH, ESQ., SBN 162310
dik@millermorton.com
STEPHANIE M. ROCHA, ESQ., SBN 266030
smr@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Defendants/Appellants
Barrita, Inc., Nicandro Barrita, ENS Associates
Investments, LLC; Masoud Shahidi

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>BARRITA, INC. dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI; and DOES 1 through 10, inclusive,<br><br>Defendants-Appellants. | DOCKET NOS. 14-15439, 14-16436<br><br>D.C. No. 5:09-cv-04057-RS<br>Northern District of California, San Jose<br><br>SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT PURSUANT TO APPEAL CONFERENCE [FRAP 33]<br><br>Date:   October 6, 2014<br>Time:   10:00 a.m. |

1. On or around February 10, 2014, Plaintiff ARMANDO RODRIGUEZ ("Plaintiff") obtained a judgment against Defendants BARRITA, INC. dba LA VICTORIA TAQUERIA; NICANDRO BARRITA; ENS ASSOCIATES INVESTMENTS, LLC; MASOUD SHAHIDI (collectively, "Defendants") in the United States District Court for the Northern District of California, case no. 5:09-cv-04057-RS, for $12,000 in damages and injunctive relief relating to issues of accessibility at La Victoria Taqueria, located at 140 E. San Carlos in San Jose, California ("Property").

2. On or around October 2, 2014, Plaintiff obtained a separate judgment against Defendants in the same action for $758,153.89 in attorney fees, litigation expenses and costs.

The February 10, 2014 and October 2, 2014 judgments are hereinafter collectively the "Judgments."

3. Defendants timely appealed the Judgments.

4. Plaintiff and Defendants (collectively "Parties"), after having participated in a mediation under the auspices of the Ninth Circuit Court of Appeal, hereby enter into this Settlement Agreement and Stipulated Judgment for the purposes of resolving all claims on appeal and the Judgments.

WHEREFORE, the parties to this Settlement Agreement and Stipulated Judgment hereby agree and stipulate to the Court's implementation of this Settlement Agreement and Stipulated Judgment, which provides as follows:

**Non-Monetary Relief – Installation of Wheelchair Lift**

1. Within 21 days of the entry of this Settlement Agreement and Stipulated Judgment, Defendants will submit plans for the installation of a wheelchair lift at the Property.

2. Within 180 days of issuance of a permit for construction by the San Jose Building Department and any other administrative body required for issuance of a construction permit, Defendants shall install the wheelchair lift.

3. Defendants shall exercise due diligence in submitting plans, obtaining permits, and installing the wheelchair lift.

4. Defendants shall provide Plaintiff with written due diligence reports every 30 days beginning from the date of entry of this Settlement Agreement and Stipulated Judgment regarding the installation of the wheelchair lift.

**Monetary Relief – Payment of Attorney's Fees**

1. Defendants agree to issue payment to Plaintiff in the total amount of $758,153.89, in the form of cashier's checks, as follows:

   A. Payment of $250,000.00 within 5 days of the district court's approval of this Settlement Agreement and Stipulated Judgment.

   B. Payment of $200,000.00 within 6 months of the payment set forth in section 1(A) above.

     C.    Payment of $200,000.00 within 6 months of the payment set forth in section 1(B) above.

     D.    Payment of $108,153.89 plus accrued interest (pursuant to section 3 below) within 6 months of the payment set forth in section 1(C) above.

2.    Within 5 days of the district court's approval of this Settlement Agreement and Stipulated Judgment, Defendants agree to provide Plaintiff with a deed(s) of trust securing property with sufficient equity to cover the balance of the payment amount.

3.    Interest shall accrue at the rate of 3.0% per annum simple interest on $508,153.89 until paid.

4.    No grace period for missed payments shall apply.

5.    In the event of Defendants' failure to issue payment as set forth herein, the remaining balance shall be accelerated and due in full immediately.

6.    No prepayment penalty shall be assessed.

**Additional Terms**

1.    The district court shall retain jurisdiction of this matter until full execution of the terms of this Settlement Agreement and Stipulated Judgment.

2.    Plaintiff shall be entitled to recovery of attorney's fees and costs in the event Plaintiff is required to enforce any term of this Settlement Agreement and Stipulated Judgment as a result of Defendants' breach.

3.    Defendants agree that they are jointly and severally liable to Plaintiff under this Settlement Agreement and Stipulated Judgment.

4.    Plaintiff agrees to withdraw any and all abstracts of judgments issued by the district court in this matter upon receipt of the deed(s) of trust. Plaintiff further agrees not to record any abstract of judgment obtained in this matter unless the court does not approve this Settlement Agreement and Stipulated Judgment or Defendants are in breach.

5.    The Parties hereby stipulate and agree that this Settlement Agreement and Stipulated Judgment shall be implemented such that it modifies and replaces the Judgments, and dismisses Defendants' appeals.

SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT PURSUANT TO APPEAL CONFERENCE

**SIGNATORIES BIND PARTIES:**

Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Settlement Agreement and Stipulated Judgment. This Settlement Agreement and Stipulated Judgment may be signed in counterparts and a facsimile or electronic signature shall have the same force and effect as an original signature.

Dated: October 6, 2014        PLAINTIFF ARMANDO RODRIGUEZ

_____
CELIA MCGUINNESS ON BEHALF ARMANDO RODRIGUEZ

Dated: October 7, 2014        DEFENDANT BARRITA, INC. dba LA VICTORIA TAQUERIA

By: _____
NICANDRO BARRITA

Dated: October 7, 2014        DEFENDANT NICANDRO BARRITA

_____
NICANDRO BARRITA

Dated: October 8, 2014        DEFENDANT ENS ASSOCIATES INVESTMENTS, LLC

_____
MASOUD SHAHIDI

//
//
//

| | | |
|---|---|---|
| 1 | Dated: October 6, 2014 | DEFENDANT MASOUD SHAHIDI |

_____
MASOUD SHAHIDI

**APPROVED AS TO FORM:**

Dated: October 6, 2014                LAW OFFICE OF PAUL L. REIN

_____
CELIA MCGUINNESS

Dated: October 6, 2014                MILLER MORTON CAILLAT & NEVIS LLP

By: _____
DAVID I. KORNBLUH

**IT IS SO ORDERED.**

DATED: 10/7/14                By: _____
U.S. DISTRICT COURT, HON.
JUDGE SEEBORG

450262_1

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765

5
SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT PURSUANT TO APPEAL CONFERENCE