# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> NICANDO BARRITA, et al., <br><br> Defendant. | Case No. 5:18-cv-06205 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Richard Seeborg to determine whether it is related to 5:09-cv-04057 RS, Armando Rodriguez v. Barrita, Inc., et al.

IT IS SO ORDERED.

Date: October 15, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge